UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| HEATHER DAWN THORPE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:23-cv-2 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| COMMISSIONER OF SOCIAL ) | Magistrate Judge Poplin |
| SECURITY, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On November 20, 2023, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 17] pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Magistrate Judge recommends that Defendant's decision denying Plaintiff's application for Social Security Disability Insurance Benefits be affirmed. Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has now passed.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 17]. Plaintiff's Complaint [Doc. 1] is **DISMISSED WITH PREJUDICE**. An appropriate judgment will enter.

**SO ORDERED.**

---

[1] Magistrate Judge Poplin advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 17 at 27 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**